William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: (916) 557-1113

Attorney for defendant: Jaime Rangel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UINITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAIME RANGEL,<br><br>　　　　　Defendant. | No.  2:13-CR-00117 GEB<br><br>**STIPULATION & [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

　　　The defendant, Jaime Rangel, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request the status conference currently set for Friday, March 7, 2014 at 9:00 am be vacated and continued until Friday, April 25, 2014 at 9:00 am.

　　　A continuance is necessary to provide counsel with additional time for case preparation and investigation, as well as, ongoing plea and sentencing negotiations.

　　　I, William E. Bonham, the filing party, have received authorization from AUSA Olowoyeye to sign and submit this stipulation and proposed order on his behalf.

　　　Accordingly, the defense and the United States agree and

1

1 | request that the status conference for defendant Jamie Rangel be
2 | continued until Friday, April 25, 2014 at 9:00 am.

Dated: March 6, 2014                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        By:/s/ WILLIAM E. BONHAM for
                                        OLUSERE OLOWOYEYE
                                        Assistant U.S. Attorney


Dated: March 6, 2014                    By:/s/ WILLIAM E. BONHAM for
                                        WILLIAM E. BONHAM
                                        Counsel for Defendant
                                        Jamie Rangel

**ORDER**

IT IS SO ORDERED. The status conference for defendant, Jamie Rangel, currently set for Friday, March 7, 2014 at 9:00 am is vacated and continued to Friday, April 25, 2014 at 9:00 am.

Dated:  March 10, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge