William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: (916) 557-1113

Attorney for defendant: Jaime Rangel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UINTED STATES OF AMERICA, | No.  2:13-CR-00117 GEB |
|---|---|
| Plaintiff, | **AMENDED STIPULATION & [PROPOSED] ORDER TO RESET TRIAL & TRIAL CONFIRMATION HEARING** |
| v. | |
| JAIME RANGEL, | |
| Defendant. | |

The defendant, Jaime Rangel, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby stipulate and request that the jury trial currently set for Tuesday, July 8, 2014 at 9:00 am be vacated and reset for Tuesday, August 26, 2014 at 9:00 am.  It is further stipulated and requested that the Trial Confirmation Hearing currently set for Friday, June 13, 2014 at 9:00 am be vacated and reset for Friday, July 11, 2014 at 9:00 am.

A continuance is necessary to provide the parties with additional time for case preparation and investigation, as well as, ongoing plea and sentencing negotiations.

The parties also stipulate that time should be excluded

1

1 under the Speedy Trial Act due to the needs of counsel for
2 continued case preparation and ongoing plea and sentencing
3 negotiations from July 8, 2014 to August 26, 2014 pursuant to
4 Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

5     I, William E. Bonham, the filing party, have received
6 authorization from AUSA Olowoyeye to sign and submit this
7 stipulation and proposed order on his behalf.

8     Accordingly, the defense and the United States stipulate and
9 request that jury trial currently set for Tuesday, July 8, 2014
10 at 9:00 am and the Trial Confirmation Hearing currently set for
11 Friday, June 13, 2014 at 9:00 am be vacated and reset for
12 Tuesday, August 26, 2014 at 9:00 am and Friday, July 11, 2014 at
13 9:00 am respectively. The parties further stipulate that time
14 should be excluded under the STA from July 8, 2014 to August 26,
15 2014 pursuant to Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv)
16 and that the ends of justice served by granting this continuance
17 outweigh the best interests of the public and defendant in a
18 Speedy Trial.  18 U.S.C. § 3161(h)(7)(A).

```
Dated: March 14, 2014                BENJAMIN B. WAGNER
                                     United States Attorney

                                     By:/s/ WILLIAM E. BONHAM for
                                     OLUSERE OLOWOYEYE
                                     Assistant U.S. Attorney


Dated: March 14, 2014                By:/s/ WILLIAM E. BONHAM for
                                     WILLIAM E. BONHAM
                                     Counsel for Defendant
                                     Jamie Rangel
```

**ORDER**

IT IS SO ORDERED. The jury trial currently set for Tuesday, July 8, 2014 at 9:00 am is vacated and reset for Tuesday, August 26, 2014 at 9:00 am.  Additionally, the Trial Confirmation Hearing currently set for Friday, June 13, 2014 at 9:00 am is vacated and reset for Friday, July 11, 2014 at 9:00 am.

I find that the continuance is necessary due to the needs of counsel for continued case preparation and plea/sentencing negotiations and that a failure to do so would deny counsel reasonable time for effective preparation, taking into account the exercise of due diligence.  Accordingly, time is excluded under the Speedy Trial Act, due to needs of counsel for additional case preparation and ongoing plea/ sentencing negotiations, from July 8, 2014 up to and including August 26, 2014 pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv). I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Dated:  March 18, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge