William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: (916) 557-1113

Attorney for defendant: Jaime Rangel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UINTED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JAIME RANGEL,<br><br>            Defendant. | No.  2:13-CR-00117 GEB<br><br>**STIPULATION & [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

    The defendant, Jaime Rangel, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request the status conference currently set for Friday, April 25, 2014 at 9:00 am be vacated and continued until Friday, May 23, 2014 at 9:00 am.

    A continuance is necessary to provide counsel with additional time to discuss the revised plea agreement with his client and for continuing preparation and investigation, as well as, ongoing plea and sentencing negotiations.

    I, William E. Bonham, the filing party, have received authorization from AUSA Olowoyeye to sign and submit this stipulation and proposed order on his behalf.

1

1  Accordingly, the defense and the United States agree and
2 request that the status conference for defendant Jamie Rangel be
3 continued until Friday, May 23, 2014 at 9:00 am.

4 Dated: April 23, 2014                BENJAMIN B. WAGNER
                                       United States Attorney
5
                                       By:/s/ WILLIAM E. BONHAM for
6                                      OLUSERE OLOWOYEYE
                                       Assistant U.S. Attorney
7

8
  Dated: April 23, 2014                By:/s/ WILLIAM E. BONHAM for
9                                      WILLIAM E. BONHAM
                                       Counsel for Defendant
10                                     Jamie Rangel

**ORDER**

   IT IS SO ORDERED. The status conference for defendant, Jamie Rangel, currently set for Friday, April 25, 2014 at 9:00 am is vacated and continued to Friday, May 23, 2014 at 9:00 am.

Dated:  April 24, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge