William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: (916) 557-1113

Attorney for defendant: Jaime Rangel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UINITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JAIME RANGEL,<br><br>         Defendant. | No.  2:13-CR-00117 GEB<br><br>**STIPULATION & [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

   The defendant, Jaime Rangel, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that judgment and sentencing, currently set for Friday, August 22, 2014 at 9:00 am, be vacated and continued until Friday, October 3, 2014 at 9:00 am.

   Due to time constraints and calendar conflicts on defense counsel's behalf, there was a delay in conducting the probation interview. A continuance is necessary to provide additional time to conduct the probation interview and complete the draft Pre-Sentence Report.

   The parties also stipulate and request that the Pre-Sentence Report schedule be modified as follows:

1

| | | |
|---|---|---|
| 1 | Judgment and Sentencing date: | October 3, 2014 |
| 2 | Reply or statement of non-opposition: | September 26, 2014 |
| 3 | Motion for Correction: | September 19, 2014 |
| 4 | Final PSR: | September 12, 2014 |
| 5 | Counsel's written objections | |
| 6 | to the PSR: | September 5, 2014 |
| 7 | Proposed Pre-Sentence Report | |
| 8 | Shall be disclosed to counsel | August 22, 2014 |

I, William E. Bonham, the filing party, have received authorization from AUSA Olowoyeye to sign and submit this stipulation and proposed order on his behalf.

Accordingly, the defense and the United States agree and request that judgment and sentencing for defendant Jamie Rangel be continued until Friday, October 3, 2014 at 9:00 am.

Dated: July 8, 2014	BENJAMIN B. WAGNER
	United States Attorney

	By:/s/ WILLIAM E. BONHAM for
	OLUSERE OLOWOYEYE
	Assistant U.S. Attorney

Dated: July 8, 2014	By:/s/ WILLIAM E. BONHAM for
	WILLIAM E. BONHAM
	Counsel for Defendant
	Jamie Rangel

# ORDER

IT IS SO ORDERED. Judgment and sentencing currently set for Friday, August 22, 2014 is vacated and continued to Friday, October 3, 2014, at 9:00 am.

It is further ordered that the Pre-Sentence Report schedule is modified as follows:

| | |
|---|---|
| Judgment and Sentencing date: | October 3, 2014 |
| Reply or statement of non-opposition: | September 26, 2014 |
| Motion for Correction: | September 19, 2014 |
| Final PSR: | September 12, 2014 |
| Counsel's written objections to the PSR: | September 5, 2014 |
| Proposed Pre-Sentence Report Shall be disclosed to counsel | August 22, 2014 |

Dated:   July 10, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3