William E. Bonham, SBN: 55478
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Telephone: (916) 557-1113

Attorney for defendant: Jaime Rangel

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UINITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JAIME RANGEL,<br><br>           Defendant. | No.  2:13-CR-00117 GEB<br><br>**STIPULATION & [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

    The defendant, Jaime Rangel, by and through his undersigned counsel, and the United States, through its undersigned counsel, hereby agree and request that judgment and sentencing, currently set for Friday, October 3, 2014 at 9:00 am, be vacated and continued until Friday, December 19, 2014 at 9:00 am.  USPO Karen Lucero has been notified and agrees to the new date.

    The parties also stipulate and request that the Pre-Sentence Report schedule be modified as follows:

    Judgment and Sentencing date:          December 19, 2014

    Reply or statement of non-opposition:  December 12, 2014

    Motion for Correction:                 December 5, 2014

    Final PSR:                             November 28, 2014

1  Counsel's written objections
2  to the PSR:                                          November 21, 2014
3      I, William E. Bonham, the filing party, have received
4  authorization from AUSA Olowoyeye to sign and submit this
5  stipulation and proposed order on his behalf.
6      Accordingly, the defense and the United States agree and
7  request that judgment and sentencing for defendant Jamie Rangel
8  be continued until Friday, December 19, 2014 at 9:00 am.

9  Dated: September 10, 2014            BENJAMIN B. WAGNER
                                        United States Attorney
10
                                        By:/s/ WILLIAM E. BONHAM for
11                                      OLUSERE OLOWOYEYE
                                        Assistant U.S. Attorney
12

13
   Dated: September 10, 2014            By:/s/ WILLIAM E. BONHAM for
14                                      WILLIAM E. BONHAM
                                        Counsel for Defendant
15                                      Jamie Rangel

# **ORDER**

IT IS SO ORDERED. Judgment and sentencing currently set for Friday, October 3, 2014 is vacated and continued to Friday, December 19, 2014, at 9:00 am.

It is further ordered that the Pre-Sentence Report schedule is modified as follows:

| | |
|---|---|
| Judgment and Sentencing date: | December 19, 2014 |
| Reply or statement of non-opposition: | December 12, 2014 |
| Motion for Correction: | December 5, 2014 |
| Final PSR: | November 28, 2014 |
| Counsel's written objections to the PSR: | November 21, 2014 |

Dated:  September 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge