Krista Hart
Attorney at Law
State Bar No. 199650
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Appointed Attorney for
Jamie Rangel

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00117-GEB |
| Plaintiff, | |
| v. | ORDER |
| JAMIE RANGEL, | |
| Defendant. | |

**GOOD CAUSE APPEARING** pursuant to the Criminal Justice Act, the Court appoints Krista Hart to represent Jamie Rangel on the direct appeal to the Ninth Circuit Court of Appeals.

Dated:  May 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge