McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for plaintiff-respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-respondent,<br><br>v.<br><br>JAMIE RANGEL,<br><br>Defendant-movant. | 2:13-CR-00117-GEB-EFB<br>[2:18-CV-00100-GEB-EFB]<br><br>UNITED STATES' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT/MOVANT'S 28 U.S.C. § 2255 MOTION AND ORDER THEREON |

Plaintiff/respondent United States of America, by and through its counsel, McGregor W. Scott, United States Attorney, and Samuel Wong, Assistant United States Attorney, hereby moves, pursuant to F.R.Civ.P. 6(b)(1)(A), the Court for an order extending for 60 days from March 23, 2018, to, and including, May 22, 2018, within which to file its response to the defendant/movant Jamie Rangel's 28 U.S.C. § 2255 motion. This motion is based on the attached declaration of Assistant United States Attorney Samuel Wong.

Dated: March 22, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ *Samuel Wong*
Samuel Wong
Assistant United States Attorney

United States' Motion for Extension of Time

# DECLARATION

I, Samuel Wong, declare as follows:

1. I am an Assistant United States Attorney in the Eastern District of California and have held this position since 1989. Unless otherwise stated, I have personal knowledge and knowledge based on my review of business records in my custody and maintained by the United States Attorney's Office of the facts stated in this declaration and would testify competently to them if called as a witness.

2. On January 16, 2018, defendant/movant Jamie Rangel filed a 28 U.S.C. § 2255 motion alleging, inter alia, that he was improperly sentenced to 168 months incarceration, rather than 135 months as he claimed he was promised by his ineffective counsel.

3. On January 22, 2018, United States Magistrate Judge Edmund F. Brennan issued an Order directing the United States to respond to the Rangel's motion on or before March 23, 2018.

4. The United States has not previously asked for an extension of time.

5. I was not the original prosecutor who handled the Rangel case and was only assigned to the case after the filing of his § 2255 motion. I have reviewed the Rangel's motion. Because the Rangel's motion raises a claim of ineffective assistance of counsel, I have obtained and reviewed court transcripts and relevant documents related to his § 2255 claims.

6. While I have started working on the United States' response to the Rangel's motion, I will not likely be prepared to file an appropriate response by the March 23, 2018, deadline. There is a substantial amount of work, including legal research and factual investigation into the history of this case to conduct, to prepare the United States' response.

7. In addition to Rangel's case, I have substantial other responsibilities to handle. Beginning from approximately mid-January 2018 to the present, I have been working on a complicated Clean Water Act criminal investigation that has taken a substantial portion of my work time. Also, I spent a substantial portion of my work time preparing for oral argument before this Court in United States v. Roderick Vanga, C.A. No. 15-308, that was conducted on March 13, 2018. Furthermore, I am assigned to handle the consolidated appeals in United States v. John Ballard, C.A. Nos. 17-16850 and 17-16851. The consolidated answering brief in those cases is currently due on April 5, 2018, although the United States may seek an extension in Ballard. I am also assigned to handle the appeal in United

States v. Javaris Marquez Tubbs, C.A. No. 17-17160.  The answering brief in that case is currently due on April 29, 2018.

8. I am scheduled to be away from the office from April 30 to May 4, 2018.

9. I believe the requested extension in the Rangel case will allow me to complete preparation of the United States' response for submission to this Court.

10. Rangel is currently in the custody of the Bureau of Prisons serving a 168-month sentence, which was entered on May 15, 2015.  His release date, as projected by the Bureau of Prisons, is June 1, 2025.  Rangel's motion seems to contend that his sentence should be reduced 33 months to 135 months, rather than 168 months.  If Rangel is seeking a 33-month sentence reduction and prevails in his motion, his new release date would still be approximately four years away, so I believe that he would not be prejudiced by the delay caused by the requested extension.

11. For the reasons stated above, the United States respectfully requests an extension of 60 days to May 22, 2018, to file its response.

12. I declare under the penalty of perjury on March 22, 2018, in Sacramento, California, that the foregoing is true and correct to the best of my knowledge.

*/s/ Samuel Wong*

SAMUEL WONG

# ORDER

The Court having received, read, and considered, plaintiff/respondent United States of America's motion for an order extending, pursuant to F.R.Civ.P. 6(b)(1)(A), the deadline for the United States' response to defendant/movant Jaime Rangel's 28 U.S.C. § 2255 motion for sixty days from March 23, 2018, to and including May 22, 2018, and good cause appearing therefrom,

It is hereby ORDERED that the United States' motion is granted in its entirety and the deadline for the United States' response to Rangel's § 2255 motion is reset to May 22, 2018. Rangel's reply, if any, is due on or before fourteen days from the date the United States' response is filed.

Dated: March 26, 2018

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE